UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JANE DOE I, , JANE DOE II, JANE DOE III, JANE DOE IV, and JANE DOE V, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

R & B OF MUSKEGON, INC., d/b/a ODYSSEY ENTERTAINMENT SHOWGIRLS LOUNGE, THOMAS ALLEN NEWHOUSE, JR., and EARL DOUGLAS WALKER,

    Defendants.

Case No. 1:09-cv-1018

Honorable: Paul L. Maloney

**CONSENT ORDER RE:**
HANDLING **OF DANCE MONIES**

This matter having come before this Court upon the parties' Stipulation, the Court being fully advised and for good cause shown:

**NOW, THEREFORE, IT IS ORDERED AS FOLLOWS**:

1. During the pendency of this lawsuit, the parties, including all putative class members working as dancers, shall maintain the status quo concerning the past practices in which dancers deliver dance monies to Defendants, except as indicated below in ¶ 2.

2. In order to maintain an accurate record of dance monies, Defendants will maintain an accounting of each of its dancer's earnings by:

    a. Keeping a contemporaneous record of the monies tendered by each dancer to Defendants' bartenders (or any other designated persons);

    b. Keeping a contemporaneous record of the money Defendants retain from the monies tendered by the dancers; and

    c. Keeping a contemporaneous record of the amount of monies each dancer recoups from Defendants' bartenders (or any other designated persons) at the end of their shift.

3. Any deviation from the above process shall be immediately brought to the attention of counsel for the parties for prompt resolution, and if necessary, to the court's attention.

4. The Notice of Hearing on Motion for Preliminary Injunction (Dckt. No. 3) and related proceedings is now moot and cancelled.

Dated: November 16, 2009          /s/ Paul L. Maloney
                                  HON. PAUL L. MALONEY
                                  United States District Court