UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE #1, et al.,

    Plaintiffs,

v.

R & B OF MUSKEGON, INC., et al.,

    Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-1018

## ORDER DENYING ENTRY OF EITHER PROPOSED ORDER OF INJUNCTION AND DIRECTING THE FILING OF UNCONTESTED OFFER OF PROOF

This matter is before the Court on submissions by Plaintiffs and Defendant R & B of Muskegon, Inc. in connection with Plaintiffs' Ex Parte Motion for Temporary Restraining Order. Previously, the Court had scheduled a hearing on the plaintiffs' motion for December 14, 2009, at which time the parties represented to the Court that a resolution to the motion had been reached between the plaintiffs and Defendant R & B of Muskegon, Inc. The two other defendants named in this action, Thomas Allen Newhouse, Jr. and Earl Douglas Walker, had not been served with the complaint and were, therefore, not represented at the hearing. At the time scheduled for the hearing, it was determined that the parties would submit a stipulated order to the Court. Absent a stipulated order, the Court would review an uncontested offer of proof by the plaintiffs. The Court has not received a stipulated order to resolve the motion, but two separate proposed orders. As represented at the hearing, if a stipulated order could not be reached, then the Court would allow the plaintiffs to submit an offer of proof. Accordingly,

**IT IS HEREBY ORDERED** that both the Plaintiffs' Proposed Opinion and Order Re: Preliminary Injunction on Limiting Communication and Conduct During the Litigation (Dkt. #14) and Defendant R & B Muskegon, Inc.'s Proposed Order Re: Party Contact (Dkt. #15) are **DENIED ENTRY**. The Plaintiffs shall submit the previously referenced uncontested offer of proof regarding the motion within **fourteen (14) days** of the date of this order.

Date: January 12, 2010                        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge