UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JANE DOE I, , JANE DOE II, JANE DOE III,
JANE DOE IV, and JANE DOE V, individually,
and on behalf of all others similarly situated,

    Plaintiff,

v.

R & B OF MUSKEGON, INC., d/b/a
ODYSSEY ENTERTAINMENT SHOWGIRLS
LOUNGE, THOMAS ALLEN NEWHOUSE,
JR., and EARL DOUGLAS WALKER,

    Defendants.

Case No. 1:09-cv-1018

Honorable: Paul L. Maloney

## ORDER RE: PARTY CONTACT

This matter having come before this Court and the Court being fully advised and for good cause shown:

**NOW, THEREFORE, IT IS ORDERED AS FOLLOWS**:

1. During the pendency of this lawsuit:

   a. Defendant R&B of Muskegon, Inc. d/b/a Odyssey Entertainment Showgirls Lounge ("R&B") shall not engage in any threatening communications regarding the pending litigation towards any Plaintiff in this action at its cabaret establishment;

   b. R&B may engage in ordinary business communications with any performer at its cabaret establishment;

   c. Except as set forth in Paragraphs 1(a) and (b), R&B shall not be prohibited from communicating with non-party performers in any manner, about or in the ordinary course of business and nothing in this order shall infringe on the day to day business operation of the business;

   d. R&B agrees not to take any retaliatory efforts against Plaintiffs by requesting that other cabaret establishments blacklist Plaintiffs;

    e.     R&B agrees not to intentionally disclose the identities of Plaintiffs absent further order of the court. However, nothing in this provision shall prohibit Defendants from conducting discovery in this matter, even if such discovery reveals the identity of the Plaintiffs to third parties;

    f.     Except as set forth in Paragraphs 1(d) and (e), R&B shall not be prohibited from discussing this litigation with any other person, entity or cabaret establishment.

2. Any deviation from the above process shall be immediately brought to the attention of counsel for the parties for prompt resolution, and if necessary, to the court's attention.

3. The Notice of Hearing on Motion for Preliminary Injunction and Sanctions (Dckt. No. 6) and related proceedings are now moot.

Dated: February 12, 2010

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
United States District Court