UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE I, ET AL.,

        Plaintiffs,

Case No. 1:09-cv-1018

v.

HONORABLE PAUL L. MALONEY

R & B OF MUSKEGON, INC., ET AL.,

        Defendants.
_____/

## ORDER DIRECTING THE REDACTION OF THE NAMES OF INDIVIDUAL PLAINTIFFS FROM THE RECORD

On today's date, the Court held an evidentiary hearing on plaintiffs' motion for preliminary injunction. For the reasons and grounds set forth in the opinion from the bench on which is incorporated herein by reference,

**IT IS HEREBY ORDERED** the individuals named as plaintiffs in this case during the proceeding shall be redacted from any record made regarding this proceeding unless by further order of this Court.

Date: February 12, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge