UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jane Doe I, et al.,

    Plaintiffs,

v.

R & B of Muskegon, Inc., et al.,

    Defendants.

_____/

Case No. 1:09-cv-1018

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant R & B of Muskegon, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant R & B of Muskegon, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: February 16, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge