UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE I, et al.,

    Plaintiffs,                                HONORABLE PAUL L. MALONEY

v.                                           Case No. 1:09-cv-1018

R & B OF MUSKEGON, INC., et al.,

    Defendants.
_____/

**ORDER REJECTING DOCUMENT**

On March 10, 2010, defendant Thomas Newhouse, Jr. filed an answer to the complaint (Dkt. #36). Upon examination of the document, the Court orders the Clerk to reject the document. Pursuant to FED.R.CIV.P. Rule 11(a), every pleading, written motion and other paper shall be signed by the party, if the party is not represented by an attorney. The defendant is proceeding without the benefit of counsel. Accordingly, the document must contain a manuscript signature.

IT IS SO ORDERED.

Date: March 12, 2010                                        /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge