UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE I, et al.,

    Plaintiffs,

v.

R & B OF MUSKEGON, INC.
D/B/A ODYSSEY
ENTERTAINMENT SHOWGIRLS
LOUNGE, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-1018

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Dkt. #46) and their Joint Motion for Leave to File Settlement Agreement Under Seal (Dkt. #48). After *in camera* inspection of the proposed settlement agreement, the Court finds the settlement to be fair, reasonable and adequate. Additionally, the Court finds good cause to permanently seal the document from public inspection. Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Approval of Settlement Agreement (Dkt. #46) and Joint Motion for Leave to File Settlement Agreement Under Seal (Dkt.#48) are **GRANTED**. The proposed settlement agreement is approved.

**IT IS FURTHER ORDERED** that the proposed settlement agreement shall be permanently sealed from public inspection.

**IT IS FURTHER ORDERED** that the parties shall electronically file appropriate dismissal papers with the Court within **fourteen (14) days** of the date of this order.


Date:  July 23, 2010             /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 Chief United States District Judge